O AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

United States

v.

Carlos Cabral

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1705-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Casey | DEFENDANT'S ATTORNEY<br>Weinstein |
|---|---|---|
| TRIAL DATE (S)<br>4/26/04 | COURT REPORTER<br>11:40 A | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  |  |  |  | Agent Rodney Budrow |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 4/26/04 | X | X | Affidavit in support of criminal complaint |
| 2 |  | 4/26/04 | X | X | Court Docket from Worcester Superior Court |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages